# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GRANT ANTHONY JUDISH, | Case No. 25-cv-1302 (LMP/DJF) |
| Plaintiff, | |
| v. | |
| CITY OF EDEN PRAIRIE, EDEN PRAIRIE POLICE DEPARTMENT, BRETT LINDEMAN, DAN PETERSON, MARK GUSTAD, ROB JOHNSON, CHRISTOPHER WOOD, MATTHEW SACKETT, HENNEPIN COUNTY SHERIFF'S DEPARTMENT, HENNEPIN COUNTY JAIL, LEAH ERICKSON, THE OFFICE OF THE HENNEPIN COUNTY PROSECUTOR, THE MINNESOTA BOARD OF PEACE OFFICER STANDARDS AND TRAINING, and HENNEPIN COUNTY, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster, entered May 22, 2025. *See* ECF No. 7. The R&R concludes that Defendants Leah Erickson, Eden Prairie Police Department, Hennepin County Sheriff's Office, Hennepin County Jail, and the Office of the Hennepin County Prosecutor should be dismissed with prejudice from this case. *Id.* at 7. The R&R also concludes that Defendant Minnesota Board of Peace Officer Standards and Training be dismissed without prejudice from this case for lack of jurisdiction. *Id.* No party has

objected to the R&R, so the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

After reviewing the R&R, the Court finds no clear error. Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R (ECF No. 7) is **ADOPTED**;

2. Defendants Leah Erickson, Eden Prairie Police Department, Hennepin County Sheriff's Office, Hennepin County Jail, and the Office of the Hennepin County Prosecutor are **DISMISSED WITH PREJUDICE**; and

3. Defendant Minnesota Board of Peace Officer Standards and Training is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 30, 2025                    *s/Laura M. Provinzino*
                                        Laura M. Provinzino
                                        United States District Judge