# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| GRANT ANTHONY JUDISH, | Case No. 25-cv-1302 (LMP/DJF) |
| Plaintiff, | |
| v. | |
| CITY OF EDEN PRAIRIE, BRETT LINDEMAN, DAN PETERSON, MARK GUSTAD, ROB JOHNSTON, CHRISTOPHER WOOD, MATTHEW SACKETT, and HENNEPIN COUNTY, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster, entered on August 11, 2025. ECF No. 30. The R&R concludes that the motion to dismiss filed by Defendant Hennepin County, ECF No. 13, should be granted and that all of Plaintiff Grant Anthony Judish's claims against Hennepin County should be dismissed with prejudice. ECF No. 30 at 6. No party has objected to the R&R, so the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Having carefully reviewed the R&R, the Court finds no clear error. Accordingly, **IT IS HEREBY ORDERED** that:

    1.    The R&R (ECF No. 30) is **ADOPTED**;

    2.    Defendant Hennepin County's Motion to Dismiss (ECF No. 13) is **GRANTED**; and

3. Plaintiff Grant Anthony Judish's claims against Defendant Hennepin County only (ECF No. 1) are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 17, 2025         *s/Laura M. Provinzino*
                                  Laura M. Provinzino
                                  United States District Judge