**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

GRANT ANTHONY JUDISH,

Plaintiff,

v.

DAN PETERSON and MARK GUSTAD,

Defendants.

Case No. 25-cv-1302 (LMP/DJF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

Before the Court is the Report and Recommendation ("R&R"), ECF No. 103, of United States Magistrate Judge Dulce J. Foster, which recommends dismissing the complaint brought by Plaintiff Grant Anthony Judish, ECF No. 1. No objections have been filed to the R&R in the time period permitted, and the R&R is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

Finding no clear error, and based on all of the files, records, and proceedings in this matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation (ECF No. 103) is **ADOPTED**;

2. Plaintiff Grant Anthony Judish's complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 37(b);

3. Defendants Dan Peterson and Mark Gustad's Motion for Sanctions (ECF No. 80) is otherwise **DENIED**; and

4. Defendants Dan Peterson and Mark Gustad's Motion for Extension of Time To Complete Discovery of Experts (ECF No. 96) is **DISMISSED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: October 7, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge